DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700                       **OK/HAV**

Attorney for Defendant
BENITO MARTINEZ CORDOVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                ) | NO. CR.S-06-308-DFL |
|           Plaintiff,           ) | |
|                                ) | |
|      v.                        ) | |
|                                ) | **STIPULATION TO CONTINUE STATUS** |
|                                ) | **CONFERENCE; ORDER ON EXCLUSION OF** |
|                                ) | **TIME** |
| BENITO MARTINEZ CORDOVA,        ) | |
|                                ) | Date: November 2, 2006 |
|           Defendant.           ) | Time: 10:00 a.m. |
| _____ | Judge: Hon. David F. Levi |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing set for September 14, 2006 be vacated and a further status conference be set for November 2, 2006 at 10:00 a.m. and that time be excluded for preparation of defense counsel.

    This continuance is being requested because the defense needs additional time to research documentation and conduct investigation and provide it to the government.  Mr. Cordova speaks only Spanish and does not read or write, so all discovery must be gone through in detail with a Spanish interpreter.  Further, the government will be providing

1  defense counsel with a plea agreement which must be translated and
2  explained to the defendant.
3      For this reason, the parties agree that the ends of justice to be
4  served by a continuance outweigh the best interests of the public and
5  the defendant in a speedy trial and that time under the Speedy Trial
6  Act may be excluded from the date of this order through November 2,
7  2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4).

9  DATED: September 12, 2006          Respectfully submitted,
10                                    DANIEL J. BRODERICK
                                      Federal Defender

13         _____           /s/ RACHELLE BARBOUR
                                      RACHELLE BARBOUR
                                      Assistant Federal Defender
14                                    Attorney for Defendant

15  DATED: September 12, 2006         McGREGOR SCOTT
16                                    United States Attorney

18         _____           /s/ RACHELLE BARBOUR for
                                      SAMUEL WONG
19                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff

21                              O R D E R
22      Based on the stipulation of the parties and good cause
23  appearing therefrom, the Court adopts the parties' stipulation in its
24  entirety as its order.  It is ordered that the previously set status
25  conference is continued to November 2, 2006.  It is further ordered
26  that time from the date of the parties' stipulation until and including
27  November 2, 2006, is excluded from computation of time within which the
28  trial of this case must be commenced under the Speedy Trial Act in the

2

1  interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and
2  Local Code T4.  The Court specifically finds that the ends of justice
3  to be served by a continuance outweigh the best interests of the public
4  and the defendant in a speedy trial.  SO ORDERED.

6  DATED: 9/14/2006

_____
DAVID F. LEVI
United States District Judge