DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700                    **OK/HAV**

Attorney for Defendant
BENITO MARTINEZ CORDOVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>            Plaintiff,                 )<br>                                       )<br>    v.                                 )<br>                                       )<br>                                       )<br>                                       )<br>BENITO MARTINEZ CORDOVA,               )<br>                                       )<br>            Defendant.                 )<br>_____ | NO. CR.S-06-308-DFL<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: November 30, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. David F. Levi |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing set for November 2, 2006 be vacated and a further status conference be set for November 30, 2006 at 10:00 a.m. and that time be excluded for preparation of defense counsel.

    This continuance is being requested because the defense needs additional time to research documentation and conduct investigation and provide it to the government.  Mr. Cordova speaks only Spanish and does not read or write, so all discovery must be gone through in detail with a Spanish interpreter.  Further, the government will be providing

1  defense counsel with a plea agreement which must be translated and
2  explained to the defendant.
3       For this reason, the parties agree that the ends of justice to be
4  served by a continuance outweigh the best interests of the public and
5  the defendant in a speedy trial and that time under the Speedy Trial
6  Act may be excluded from the date of this stipulation through November
7  30, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4).
8
9  DATED: October 31, 2006              Respectfully submitted,
10                                       DANIEL J. BRODERICK
                                         Federal Defender
11
12
                                         /s/ RACHELLE BARBOUR
13                                       RACHELLE BARBOUR
                                         Assistant Federal Defender
14                                       Attorney for Defendant
15
   DATED: October 31, 2006              McGREGOR SCOTT
16                                       United States Attorney
17
18                                       /s/ RACHELLE BARBOUR for
                                         SAMUEL WONG
19                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
20
21                        O R D E R
22       Based on the stipulation of the parties and good cause
23 appearing therefrom, the Court adopts the parties' stipulation in its
24 entirety as its order.  It is ordered that the previously set status
25 conference is continued to November 30, 2006.  It is further ordered
26 that time from the date of the parties' stipulation until and including
27 November 30, 2006, is excluded from computation of time within which
28 the trial of this case must be commenced under the Speedy Trial Act in

the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 1, 2006   _____

                                                /s/ David F. Levi
                                                DAVID F. LEVI
                                                United States District Judge