DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814         **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
BENITO MARTINEZ CORDOVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             ) <br> ) <br>            Plaintiff,           ) <br> ) <br>     v.                              ) <br> ) <br> ) <br> ) <br> BENITO MARTINEZ CORDOVA,              ) <br> ) <br>            Defendant.              ) <br> _____ | NO. CR.S-06-308-DFL <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME** <br><br> Date: January 18, 2007 <br> Time: 10:00 a.m. <br> Judge: Hon. David F. Levi |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing set for November 30, 2006 be vacated and a further status conference be set for January 18, 2007 at 10:00 a.m. and that time be excluded for preparation of defense counsel.

     This continuance is being requested because the defense needs additional time to present a proposed plea agreement to Mr. Cordova and discuss it with the government.  Mr. Cordova speaks only Spanish and does not read or write, so all discovery and the plea agreement must be gone through in detail with a Spanish interpreter.  The staff

interpreter for the Federal Defender's Office has been on leave since November 8, 2006 and the availability of other interpreters has been limited.  The staff interpreter is expected to return to the office in the month of December.  Further, the probation office has agreed to run a criminal history check on Mr. Cordova to determine whether he will qualify for the safety valve.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this stipulation through January 18, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4).

DATED: November 29, 2006            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


DATED: November 29, 2006            McGREGOR SCOTT
                                    United States Attorney


                                    /s/ RACHELLE BARBOUR for
                                    SAMUEL WONG
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.  It is ordered that the previously set status

2

1 conference is continued to January 18, 2007.  It is further ordered
2 that time from the date of the parties' stipulation until and including
3 January 4, 2007, is excluded from computation of time within which the
4 trial of this case must be commenced under the Speedy Trial Act in the
5 interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and
6 Local Code T4.  The Court specifically finds that the ends of justice
7 to be served by a continuance outweigh the best interests of the public
8 and the defendant in a speedy trial.

11 DATED: December 1, 2006          _____
                                         /s/ David F. Levi
12                                       DAVID F. LEVI
                                         United States District Judge